# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**UNITED STATES OF AMERICA**                                                                      **PLAINTIFF**

v.                              No. 4:12-cr-107-DPM

**CHRISTOPHER BRIAN HAMPTON**                                                             **DEFENDANT**

## ORDER

Hampton moves unopposed to end his supervision early. № 28. All material things considered, the interests of justice favor granting the motion. 18 U.S.C. § 3583(e)(1). Hampton's supervision is therefore ended.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

5 September 2016